COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



UNITED STATES POSTAGE

PITNEY BOWES

$00.406
02 1R
0002003152    FEB05 2015
MAILED FROM ZIP CODE 78701

RE: WR-82,616-01

**RETURN TO SENDER**
RELEASED FROM CUSTODY OF CRYSTAL YVONNE MITCHELL
HARRIS CO SHERIFF'S DEPT.

